CHARLES COOPER, Appellant, *v.* HENRY B. PAYNE, Respondent.

*Cooper* v. *Payne*, 111 App. Div. 785, affirmed.
(Argued October 29, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 21, 1906, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term, a jury having been waived, in an action to recover on a promissory note.

*Andrew J. Nellis* and *J. S. Sitterly* for appellant.

*Henry V. Borst* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: VANN, J.